THOMAS STARKEY et al., appellants,

*v.*

ELIZABETH FOX et al., respondents.

On appeal from a decree advised by Vice-Chancellor Green, whose opinion is reported in *Starkey* v. *Fox, 7 Dick. Ch. Rep. 758.*

*Mr. Theodore Little,* for the appellants.

*Mr. Mahlon Pitney,* for the respondents.

PER CURIAM.

Decree affirmed, for the reasons given in the court of chancery.

*For affirmance*—DIXON, GUMMERE, LIPPINCOTT, MAGIE, REED, VAN SYCKEL, BOGERT, BROWN, KRUEGER, SIMS—10.

*For reversal*—None.